DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TYRONE DONTE RYNES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0239

————————————————

March 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Tyrone Donte Rynes, pro se.

PER CURIAM.

    Affirmed.

MORRIS, BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.